IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTRAL TRANSPORT, LLC, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 14-6083 |
| MAINFREIGHT, INC. | : | |

## ORDER

**AND NOW**, this 11th day of February 2015, upon consideration of the Defendant's Motion to Dismiss the Complaint for Declaratory Relief (ECF Doc. No. 4), Plaintiffs' Brief in Opposition to Defendant's Motion to Dismiss (ECF Doc. No. 6), and Defendant's Reply Brief (ECF Doc. No. 11), and for the reasons detailed in the accompanying Memorandum, it is hereby **ORDERED** that the Defendant's Motion to Dismiss is **GRANTED**.

_____
KEARNEY, J.